UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LINDSAY LOHAN,

                Plaintiff,

   -against-

ARMANDO CHRISTIAN PEREZ a/k/a PITBULL,
SHAFFER CHIMERE SMITH, JR., a/k/a NE-YO,
NICK VAN DE WALL a/k/a AFROJACK,
J RECORDS, SONY MUSIC ENTERTAINMENT,
SONY MUSIC HOLDINGS INC., RCA MUSIC
GROUP, POLO GROUNDS MUSIC, POLO
GROUNDS MUSIC PUBLISHING, INC., POLO
GROUNDS MUSIC, INC., MR. 305, INC.,
MR. 305 ENTERPRISE, INC., and JOE JOHN AND
JANE JOHN, 1 THROUGH X,

                Defendants.
----------------------------------------------------------------X

CIVIL NO,:

CV11-5413

RULE 7.1 CERTIFICATION

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ NOV 04 2011 ★
BROOKLYN OFFICE

     Pusuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersgnied attorneys of record for Defendants certify that Sony Corporation, a publicly traded Japanese corporation, indirectly owns ten percent (10%) or more of Sony Music Holdings Inc. and Sony Music Entertainment, of which RCA Music Group and J Records are operating divisions.

Dated: New York, New York
       November 3, 2011

                                  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                  By: _____
                                      Marcos Daniel Jiménez, Esq.[1]
                                      (pro hac vice admission pending)

---

[1] Though Mr. Jiménez is admitted to the Bar of the State of New York, he is not presently admitted to practice in this Court and will file an application seeking pro hac vice admission.

James G. Sammataro, Esq.
Courtney Caprio, Esq.
(*pro hac vice* admission pending)
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
(305) 377-1666

Sarah Gibbs Leivick, Esq.
1633 Broadway
New York, New York 10019
(212) 506-1700
*Attorneys for Defendants*