UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINDSAY LOHAN,

       Plaintiff,

vs.

ARMANDO CHRISTIAN PEREZ *p/k/a* PITBULL, SHAFFER CHIMERE SMITH, JR., *p/k/a* NE-YO, NICK VAN DE WALL *p/k/a* AFROJACK, J RECORDS, SONY MUSIC ENTERTAINMENT, SONY MUSIC HOLDINGS INC., RCA MUSIC GROUP, POLO GROUNDS MUSIC, POLO GROUNDS MUSIC PUBLISHING, INC., POLO GROUNDS MUSIC, INC., MR. 305, INC., MR. 305 ENTERPRISE, INC., and JOE JOHN AND JANE JOHN, 1 THROUGH X,

       Defendants.

CASE NO.: 2:11-cv-05413-DRH-ARL

_____/

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Courtney Caprio in support of defendants' Memorandum of Law in Support of the Motion to Dismiss Plaintiff Lindsay Lohan's Complaint ("Memorandum of Law"), attaching Exhibits A-E, the Memorandum of Law, and all of the pleadings and proceedings heretofore had herein, Defendants, Armando Christian Perez *p/k/a* Pitbull, Shaffer Chimere Smith, Jr., *p/k/a* Ne-Yo, Nick Van De Wall *p/k/a* Afrojack, J Records, Sony Music Entertainment, Sony Music Holdings, Inc., RCA Music Group, Polo Grounds Music, Polo Grounds Music Publishing, Inc., and Polo Grounds Music, Inc., will move this Court before the Honorable Denis R. Hurley, United States District Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, on March 20, 2012, for an order dismissing this action, pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: January 17, 2012
New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ James G. Sammataro

James G. Sammataro, Esq.
Marcos Daniel Jiménez, Esq.[1]
(*pro hac vice* admission pending)
Courtney Caprio, Esq.
(*pro hac vice* admission pending)
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
(305) 377-1666

Sarah Gibbs Leivick, Esq.
1633 Broadway
New York, New York 10019
(212) 506-1700
*Attorneys for Defendants*

To:

Stephanie G. Ovadia, Esq.
Ovadia Law Firm, P.A.
2160 Hempstead Turnpike
East Meadow, New York 11554

Anand Ahuja, Esq.
101-70 Lefferts Boulevard, Suite #2
Richmond Hill, NY 11419

---

[1] Though Mr. Jiménez is admitted to the Bar of the State of New York, he is not presently admitted to practice in this Court and will file an application seeking *pro hac vice* admission.