UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINDSAY LOHAN,

        Plaintiff,

vs.

ARMANDO CHRISTIAN PEREZ *p/k/a* PITBULL, SHAFFER CHIMERE SMITH, JR., *p/k/a* NE-YO, NICK VAN DE WALL *p/k/a* AFROJACK, J RECORDS, SONY MUSIC ENTERTAINMENT, SONY MUSIC HOLDINGS INC., RCA MUSIC GROUP, POLO GROUNDS MUSIC, POLO GROUNDS MUSIC PUBLISHING, INC., POLO GROUNDS MUSIC, INC., MR. 305, INC., MR. 305 ENTERPRISE, INC., and JOE JOHN AND JANE JOHN, 1 THROUGH X,

        Defendants.

CASE NO.: 2:11-cv-05413-DRH-ARL

------------------------------------------------------------------/

## DECLARATION OF MARCOS DANIEL JIMÉNEZ

I, Marcos Daniel Jiménez, under the penalty of perjury, swear pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner at the law firm of Kasowitz Benson Torres & Friedman, LLP and represent Defendants Armando Christian Perez *p/k/a* Pitbull, Shaffer Chimere Smith, Jr., *p/k/a* Ne-Yo, Nick Van De Wall *p/k/a* Afrojack, J Records, Sony Music Entertainment, Sony Music Holdings, Inc., RCA Music Group, Polo Grounds Music, Polo Grounds Music Publishing, Inc. and Polo Grounds Music, Inc.'s (collectively, "Defendants") in this action. I am a member of the Florida and New York Bars and I am admitted to appear before this Court.

2. I respectfully submit this declaration in connection with the Reply in Support of the Motion to Dismiss Plaintiff Lindsay Lohan's Complaint, which is submitted concurrently

herewith. I am fully familiar with the facts and circumstances stated herein, based on my review of the attached documents, and the files maintained by my firm.

3. Attached hereto as Exhibit A is a true and correct copy of a Compendium of Plagiarism, prepared by counsel for the Defendants as explained in Footnote 1 of the Compendium.

4. Attached hereto as Exhibit B is a true and correct copy of a "Similarity Report" generated on March 9, 2012 by submitting a Microsoft Word version of Ms. Lohan's Complaint (not including the header, title, or signature block) through the website https://research.ithenticate.com/, a plagiarism and duplication screening program.

MARCOS DANIEL JIMENEZ
Printed Name

March 12, 2012
Date of Declaration/Execution

Marcos Daniel Jiménez, Esq.
Kasowitz Benson Torres & Friedman
1441 Brickell Avenue Suite 1420
Miami, Florida 33131