UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LINDSAY LOHAN,                                    CASE NO.: 2:11-cv-05413-DRH-ARL

        Plaintiff,

vs.                                                                **NOTICE OF APPEARANCE**

ARMANDO CHRISTIAN PEREZ *p/k/a* PITBULL,
SHAFFER CHIMERE SMITH, JR., *p/k/a* NE-YO, NICK
VAN DE WALL *p/k/a* AFROJACK, J RECORDS, SONY
MUSIC ENTERTAINMENT, SONY MUSIC HOLDINGS
INC., RCA MUSIC GROUP, POLO GROUNDS MUSIC,
POLO GROUNDS MUSIC PUBLISHING, INC., POLO
GROUNDS MUSIC, INC., MR. 305, INC., MR. 305
ENTERPRISE, INC., and JOE JOHN AND JANE JOHN,
1 THROUGH X,

        Defendants.

_____/

     PLEASE TAKE NOTICE that Audrey M. Pumariega of Kasowitz, Benson, Torres &

Friedman LLP, hereby appears as counsel for Defendants Armando Christian Perez p/k/a Pitbull,

Shaffer Chimere Smith, Jr. p/k/a Ne-Yo, Nick Van De Wall p/k/a Afrojack, J Records, Sony

Music Entertainment, Sony Music Holdings Inc., RCA Music Group, Polo Grounds Music, Polo

Grounds Music Publishing, Inc. and Polo Grounds Music, Inc. ("Defendants"), in this action.

     I certify that I am admitted *pro hac vice* to practice in this Court.

Dated: Miami, Florida
      April 12, 2012

                   **KASOWITZ, BENSON, TORRES**
                   **& FRIEDMAN LLP**

                   By: _____

                   Audrey M. Pumariega (apumariega@kasowitz.com)

                   1441 Brickell Avenue, Suite 1420
                   Miami, Florida 33131
                   (305) 377-1666
                   *Attorneys for Defendants*

To:

Stephanie G. Ovadia, Esq.
Ovadia Law Firm, P.A.
2160 Hempstead Turnpike
East Meadow, New York 11554
sovadia@aol.com
*Attorneys for Plaintiff*